James J. Pisanelli, Esq., Bar No. 4027
jjp@pisanellibice.com
Todd L. Bice, Esq., Bar No. 4534
tlb@pisanellibice.com
Miles N. Clark, Esq., Bar No. 13848
mnc@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile:   702.214.2101

*Attorneys for Defendant Ross Mollison
International Pty, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BZ CLARITY TENT SUB LLC, dba BASE ENTERTAINMENT,<br><br>Plaintiff,<br><br>v.<br><br>ROSS MOLLISON INTERNATIONAL PTY, LTD.,<br><br>Defendant.<br><br>AND ALL RELATED CLAIMS. | Case No.: 2:15-cv-01065-JCM-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO FILE INTERIM STATUS REPORT AND MAKE EXPERT DESIGNATIONS [SECOND REQUEST FOR EXTENSION]** |

**Discovery Closes:    March 3, 2016**
**Pretrial Order:        June 1, 2016**
**Trial:  TBD**

Pursuant to Local Rule 26-4, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BZ Clarity Tent Sub LLC, d/b/a BASE ENTERTAINMENT ("BASE"), and Defendant Ross Mollison International Pty Ltd ("RMP"), that the deadline for submitting the January 4, 2016 interim status report required by L.R. 26-3, and the deadline for plaintiff's disclosure of experts, both be extended from **January 4, 2016 to January 8, 2016**. No other deadline extensions are sought.

1

The parties request this brief extension because of the voluminous nature of discovery in this case, and the pendency of BASE's recent motion to amend its claims.

1. <u>Discovery completed</u>:

   a. To date, the parties have exchanged their initial disclosure documents pursuant to FRCP 26(f).

   b. Plaintiffs served first request for admissions on August 4, 2015.

   c. Plaintiffs served first request for production of documents on August 4, 2015.

   d. Plaintiffs served first interrogatories on August 4, 2015.

   e. Defendants served initial disclosures on August 10, 2015.

   f. Plaintiffs served initial disclosures on August 19, 2015.

   g. Defendants served first request for admissions on September 11, 2015.

   h. Defendants served first request for production of documents on September 11, 2015.

   i. Defendants served first interrogatories on September 11, 2015.

   j. Defendants served first supplemental disclosures on September 22, 2015.

   k. Defendants served answers to first request for production of documents on September 22, 2015.

   l. Defendants served answers first request for admissions on September 22, 2015.

   m. Defendants served answers to interrogatories on September 22, 2015.

   n. Defendants served supplemental answers to first request for production of documents on September 23, 2015.

   o. Defendants served second supplemental disclosures on September 23, 2015.

   p. Plaintiffs served answers to first request for admissions on November 6, 2015.

   q. Plaintiffs served answers to production of documents on November 6, 2015.

   r. Plaintiffs served answers to first request for production of documents on November 6, 2015.

   s. Plaintiffs served first supplemental disclosures on November 6, 2015.

2. <u>Discovery Remaining</u>:

    a. Supplemental Document and Electronic Data Production in response to Written Discovery Requests

    b. Depositions of parties and third parties.

    c. Written Discovery and Subpoenas on Third Parties.

    d. Follow up Written Discovery Requests.

    e. Expert Witness Disclosures.

    f. Rebuttal Witness Disclosures.

    g. Expert/Rebuttal Witness(es) Depositions.

3. <u>Proposed Modification</u>: Based on the foregoing, the parties seek to modify the discovery plan as follows:

    a. Deadline for interim status report required by L.R. 26-3: Extended from **January 4, 2016 to January 8, 2016**.

    b. Deadline for plaintiff's disclosure of experts: Extended from **January 4, 2016 to January 8, 2016**.

4. This request is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 4th day of January, 2016.	DATED this 4th day of January, 2016

PISANELLI BICE PLLC	GREENBERG TRAURIG, LLC

By: /s/ Miles N. Clark	By: /s/ Tyler R. Andrews
Todd L. Bice	Mark Ferrario
Miles N. Clark	Tyler R. Andrews
400 South 7th Street, Suite 300	3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, NV 89101	Las Vegas, NV 89169
*Attorneys for Defendant*	*Attorneys for Plaintiff*

**ORDER**

Upon stipulation of counsel and good cause appearing therefore,

The above AGREEMENT AND STIPULATION IS SO ORDERED.

DATED: January 5, 2016

_____
UNITED STATES MAGISTRATE JUDGE