UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BZ CLARITY TENT SUB LLC, | Case No. 2:15-cv-01065-JCM-CWH |
| Plaintiff, | ORDER |
| v. | |
| ROSS MOLLISON INTERNATIONAL PTY, LTD, | |
| Defendant. | |

Presently before the court is plaintiff BZ Clarity Tent's motion for a preliminary injunction and request for a hearing and expedited briefing. (Doc. #44). Defendant's response is currently due April 17, 2016, and the reply is due seven days after service of the response. *See* Local Rule 7-2.

Plaintiff requests an expedited briefing schedule because of the "immediate and impending" harm that plaintiff faces if defendant withdraws from the Show in October 2016. Plaintiff does not list any deadline prior to October 2016, but claims that defendant is prohibiting ticketing sales beyond October, "destroying" the Absinthe brand, throwing existing contracts into doubt, and harming plaintiff's business partnership with Caesar's Entertainment. (Doc. #44).

While the court recognizes the need for prompt resolution of this matter, an expedited briefing schedule is not necessary in this case. There is no impending deadline that the court must avoid by accelerating the briefing schedule by a week. Furthermore, plaintiff's motion, including exhibits, is 289 pages long, and defendant shall be given an appropriate amount of time to respond.

Therefore, the court grants plaintiff's request for a preliminary injunction hearing, and the motion will be briefed in accordance to the schedule set forth in Local Rule 7-2.

Accordingly,

IT IS HEREBY ORDERED, ADJUDED, AND DECREED that the parties are to appear for hearing and oral argument regarding plaintiff's motion for a preliminary injunction on Friday, **April 29, 2016, at 10:00 a.m. in courtroom 6A.**

IT IS FURTHER ORDERED that, to ensure defendants receive timely notice of the hearing, plaintiff may, in addition to the requirements set forth in Rules 4 and 5 of the Federal Rules of Civil Procedure, serve its motions, this order and all other pleadings filed to date on defendants by electronic mail.

DATED THIS 4th day of April 2016.

*/s/ James C. Mahan*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE