UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BZ CLARITY TENT SUB LLC, d/b/a BASE ENTERTAINMENT,<br><br>Plaintiff(s),<br><br>v.<br><br>ROSS MOLLISON INTERNATIONAL PTY, LTD.,<br><br>Defendant(s). | Case No. 2:15-CV-1065 JCM (CWH)<br><br>ORDER |

   Presently before the court is plaintiff's motion for preliminary injunction. (Doc. #44). A hearing on the motion is currently scheduled for April 29, 2016. Pursuant to LR 78-2, "all motions may, in the court's discretion, be considered and decided on with or without a hearing."

   Having reviewed the briefs of both parties, the court finds this motion suitable for disposition without oral argument. The April 29, 2016, hearing is hereby vacated.

   IT IS SO ORDERED April 27, 2016.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**