Mark E. Ferrario, Esq.
Nevada Bar No. 1625
Tyler R. Andrews, Esq.
Nevada Bar No. 9499
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:      ferrariom@gtlaw.com
            andrewst@gtlaw.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BZ CLARITY TENT SUB LLC, d/b/a BASE ENTERTAINMENT,<br><br>Plaintiff,<br><br>v.<br><br>ROSS MOLLISON INTERNATIONAL PTY, LTD., SPIEGELWORLD ABSINTHE, LLC, WORMWOOD INDUSTRIES, LLC<br><br>Defendant. | Case No.:   2:15-cv-01065-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED pursuant to Civil L-R 6-1(a), by and between Plaintiff BZ Clarity Tent Sub LLC, d/b/a BASE ENTERTAINMENT ("BASE"), and Defendants Ross Mollison International Pty Ltd ("RMP"), Spiegelworld Absinthe, LLC, and Wormwood Industries, LLC (collectively, "Defendants"), by and through their undersigned attorneys as follows:

1. On May 4, 2016, Defendants filed a Motion to Dismiss [Doc. # 55] in response to Plaintiff's First Amended Complaint [Doc. # 48].

/ / /

/ / /

/ / /

2. Counsel for Plaintiff and Defendants have met and conferred and have agreed that, based upon unavoidable scheduling conflicts of Plaintiff and its counsel, Plaintiff shall have an extension of time to respond to the Motion to Dismiss, up to and including **June 1, 2016**.

**IT IS SO STIPULATED.**

DATED this 19th day of May, 2016.                    DATED this 19th day of May, 2016.

PISANELLI BICE PLLC                                  GREENBERG TRAURIG, LLC


By: */s/ Shawn L. Walkenshaw*                        By: */s/ Tyler R. Andrews*
   Todd L. Bice                                         Mark Ferrario
   Shawn L. Walkenshaw                                   Tyler R. Andrews
   400 South 7th Street, Suite 300                       3773 Howard Hughes Parkway
   Las Vegas, NV  89101                                  Suite 400 North
   *Attorneys for Defendants*                            Las Vegas, NV  89169
                                                         *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED May 23, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE