MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
TYLER R. ANDREWS, ESQ.
Nevada Bar No. 9499
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:        ferrariom@gtlaw.com
                  andrewst@gtlaw.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BZ CLARITY TENT SUB LLC, d/b/a BASE ENTERTAINMENT, <br><br> Plaintiff, <br><br> v. <br><br> ROSS MOLLISON INTERNATIONAL PTY, LTD., SPIEGELWORLD ABSINTHE, LLC, WORMWOOD INDUSTRIES, LLC <br><br> Defendant. | Case No.:      2:15-cv-01065-JCM-CWH <br><br> **STIPULATION AND             ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT (SECOND REQUEST)** |

IT IS HEREBY STIPULATED pursuant to Civil L-R 6-1(a), by and between Plaintiff BZ Clarity Tent Sub LLC, d/b/a BASE ENTERTAINMENT ("BASE"), and Defendants Ross Mollison International Pty Ltd ("RMP"), Spiegelworld Absinthe, LLC, and Wormwood Industries, LLC (collectively, "Defendants"), by and through their undersigned attorneys as follows:

1. On May 4, 2016, Defendants filed a Motion to Dismiss [Doc. # 55] in response to Plaintiff's First Amended Complaint [Doc. # 48].

2. On May 19, 2016, a Stipulation and [Proposed] Order to Extend Time for Plaintiffs to Respond to Motion to Dismiss First Amended Complaint was filed [Doc. #60] and on May 23, 2016 the Order was signed by the Court [Doc. # 61].

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

3.  Counsel for Plaintiff and Defendants have met and conferred and have agreed that, based upon the continuing unavoidable scheduling conflicts of Plaintiff and its counsel, Plaintiff shall have one additional extension of time to respond to the Motion to Dismiss, up to and including **June 8, 2016**.

**IT IS SO STIPULATED.**

DATED this 31st day of May, 2016.                    DATED this 31st day of May, 2016.

PISANELLI BICE PLLC                                  GREENBERG TRAURIG, LLC

By*: /s/ Shawn L. Walkenshaw*                        By*: /s/ Tyler R. Andrews*
    Todd L. Bice                                         Mark Ferrario
    Shawn L. Walkenshaw                                  Tyler R. Andrews
    400 South 7th Street, Suite 300                      3773 Howard Hughes Parkway
    Las Vegas, NV  89101                                 Suite 400 North
    *Attorneys for Defendants*                           Las Vegas, NV  89169
                                                         *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED June 2, 2016.

_____
UNITED STATES DISTRIC COURT JUDGE

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002